UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILIP IRA SCHEFFLIN,

    Plaintiff,

v.

LYNNE DELANO et al.

    Defendants.

CASE NO. C12-5695 RBL-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff may not challenge the fact that he is in prison or the length of his prison term through a civil rights action. This action is dismissed without prejudice prior to service.

(3) In forma pauperis status is revoked for purpose of appeal.

DATED this 1st day of November, 2012.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1