1

2

3

4

5

UNITED STATES DISTRICT COURT
6      WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8   PHILIP IRA SCHEFFLIN,

               Plaintiff,          CASE NO. C12-5695 RBL-JRC
9

10      v.                      ORDER ADOPTING A REPORT
                              AND RECOMMENDATION

11   LYNNE DELANO et al.

12              Defendants.

13      The Court having reviewed the Report and Recommendation of the Hon. J. Richard

14  Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any,

15  and the remaining record, does hereby find and Order:

16       (1)     The Court adopts the Report and Recommendation;

17       (2)     Plaintiff may not challenge the fact that he is in prison or the length of his
                   prison term through a civil rights action. This action is dismissed without
18                 prejudice prior to service.

19       (3)     In forma pauperis status is revoked for purpose of appeal.

20      DATED this 1st day of November, 2012.

21

22

23                              Ronald B. Leighton
                              United States District Judge

24