HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PHILIP IRA SCHEFFLIN,<br><br>    Plaintiff,<br><br>  v.<br><br>LYNNE DELANO, et al,<br><br>    Defendant. | CASE NO. C12-5695RBL<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

THIS MATTER comes before the Court on Plaintiff's Motion for Reconsideration [Dkt. #14] of the Court's prior Order Adopting Report and Recommendation from the Magistrate Judge [Dkt. #12]. The Court has reviewed the motion.

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not reconsider its prior ruling.

1  It is therefore **ORDERED** that Plaintiff's Motion for Reconsideration [Dkt. #14] is
2  **DENIED.**
3  Dated this 29th day of November, 2012.

4
5  Ronald B. Leighton
6  United States District Judge